**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00231-CR

**JUSTIN MICHAEL KRISS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-58496-B**

## ORDER

On September 24, 2013, the Court ordered court reporter Leticia Peterson to file the reporter's record by October 11, 2013. To date, Ms. Peterson has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Leticia Peterson, official court reporter of the County Criminal Court No. 2, to file the reporter's record by **NOVEMBER 4, 2013**. If the record is not filed by the date specified, the Court will utilize the available remedies to obtain the record, including ordering that Leticia Peterson not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Julia Hayes, Presiding Judge, County Criminal Court No. 2; Leticia Peterson, official court reporter, County Criminal Court No. 2; and to counsel for all parties.

/s/    DAVID EVANS
         JUSTICE